UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

NGUYEN LUC V
    Petitioner
vs.
WARDEN OF
PRISON : SISTO
    Respondent(s)

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

CASE NUMBER: 2:08cv1360 JFM P

**FILED**
JUN 18 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

I, _____, declare that I am the petitioner in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the petition.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated: ☑ Yes    ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. SOLANO C-S-P 8-112L P.O. BOX 4000 VACAVILLE CA. 95696

   **Have the institution fill out the Certificate portion of this application.**

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes" state the amount of your pay.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.
   FISHING BOAT : 10-5-1997 IN MORO BAY

3. In the past twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. Gifts or inheritances | ☐ Yes | ☑ No |
   | f. Any other sources | ☐ Yes | ☑ No |

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

ifpform.hab (rev. 7/02)

4. Do you have cash or checking or savings accounts?  ☐ Yes  ☒ No

If "Yes" state the total amount: __N/A__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes  ☒ No

If "Yes" describe the property and state its value. __N/A__

6. Do you have any other assets?   ☐ Yes  ☒ No

If "Yes" list the asset(s) and state the value of each asset listed.

__N/A__

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

__6-16-08__    __Nguyenluckys__
DATE                    SIGNATURE OF APPLICANT

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____.

_____    _____
DATE                    SIGNATURE OF AUTHORIZED OFFICER

ifpform.hab (rev. 7/02)

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                      CALIFORNIA STATE PRISON SOLANO
                      INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JAN. 01, 2008 THRU APR. 04, 2008

ACCOUNT NUMBER  : P18480                   BED/CELL NUMBER: S208T1000000112L
ACCOUNT NAME    : NGUYEN, LUC VAN          ACCOUNT TYPE: I
PRIVILEGE GROUP : A
                         TRUST ACCOUNT ACTIVITY

   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                         TRUST ACCOUNT SUMMARY

  BEGINNING       TOTAL         TOTAL         CURRENT        HOLDS        TRANSACTIONS
  BALANCE        DEPOSITS     WITHDRAWALS     BALANCE       BALANCE       TO BE POSTED
  ---------     ---------     -----------    ---------     ---------      ------------
     0.00          0.00          0.00           0.00          0.00            0.00


                                                                            CURRENT
                                                                           AVAILABLE
                                                                            BALANCE
                                                                          ------------
                                                                              0.00
```