IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUC VAN NGUYEN,

     Petitioner,              No. 2:08-1380-JFM (PC)

  vs.

WARDEN SISTO,

     Respondent.         <u>ORDER</u>

_____/

     Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

     The application attacks a conviction issued by the San Mateo County Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in San Mateo County. <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

     Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

     1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

1

1      2. This matter is transferred to the United States District Court for the Northern
2 District of California.

3 DATED: July 1, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12 guyen\1380.108