# U.S. District Court
## Eastern District of California – Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:08–cv–01380–JFM

(HC) Nguyen v. Sisto  
Assigned to: Magistrate Judge John F. Moulds  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/18/2008  
Date Terminated: 07/01/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Luc Van Nguyen**                            represented by  **Luc Van Nguyen**  
P–18480  
CALIFORNIA STATE PRISON, SOLANO (SOL–2)  
P.O. BOX 4000  
2100 PEABODY ROAD  
VACAVILLE, CA 95696–4000  
PRO SE

V.

**Respondent**

**Sisto**  
*Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2008 | Ï 1 | PETITION for WRIT of HABEAS CORPUS by Luc Van Nguyen.(Carlos, K) (Entered: 06/19/2008) |
| 06/18/2008 | Ï 2 | APPLICATION to proceed in forma pauperis by Luc Van Nguyen. (Carlos, K) (Entered: 06/19/2008) |
| 06/18/2008 | Ï 3 | PRISONER NEW CASE DOCUMENTS ISSUED, Consent Deadline set for 7/21/2008 (Attachments: # 1 Consent Forms) (Carlos, K) (Entered: 06/19/2008) |
| 06/19/2008 | Ï | SERVICE BY MAIL: 3 Prisoner New Case Documents for Magistrate Judge as Presider served on Luc Van Nguyen (Carlos, K) (Entered: 06/19/2008) |
| 07/01/2008 | Ï 4 | ORDER signed by Magistrate Judge John F. Moulds on 7/1/2008 ORDERING this court has not ruled on petitioner's application to proceed IFP; and this matter is transferred to the USDC for the Northern District of California. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED. (Matson, R) (Entered: 07/01/2008) |
| 07/01/2008 | Ï | SERVICE BY MAIL: 4 Order, served on Luc Van Nguyen. (Matson, R) (Entered: 07/01/2008) |