**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

July 2, 2008

CASE TITLE:   LUC VAN NGUYEN-v-SISTO
RECEIVED FROM: Eastern District of California (case # 2:08-1380-JFM (PC)

CASE NUMBER:   CV 08-03171 CW

TO COUNSEL OF RECORD:

    The above entitled action has been transferred to this District.  All future filings should reflect  case number CV 08-03171 CW .

    Sincerely,

    RICHARD W. WIEKING, Clerk

    by:  Clara Pierce
    Case Systems Administrator

o:\mrg\civil\transin.mrg