FILED

AUG 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Luc Van Nguyen

           Plaintiff,

vs.

Sisto

           Defendant.

CASE NO. C-08-3171-CW (PR)

**PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS**

    I, LUC VAN NGUYEN declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1. Are you presently employed? Yes ☐ No ☑

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__   Net: __N/A__

Employer: _____

- 1 -

AUG 1 2 2008

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____N / A_____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or                     Yes ☐   No ☑
10          self employment
11     b.   Income from stocks, bonds,                  Yes ☐   No ☑
12          or royalties?
13     c.   Rent payments?                              Yes ☐   No ☑
14     d.   Pensions, annuities, or                     Yes ☐   No ☑
15          life insurance payments?
16     e.   Federal or State welfare payments,          Yes ☐   No ☑
17          Social Security or other govern-
18          ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____N / A_____
22 _____

23 3.   Are you married?                                Yes ☐   No ☑
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____N / A_____ Net $_____N / A_____
28 4.   a.   List amount you contribute to your spouse's support: $ _____

- 2 -

1      b.    List the persons other than your spouse who are dependent upon you for

2  support and indicate how much you contribute toward their support. (NOTE:

3  For minor children, list only their initials and ages. DO NOT INCLUDE

4  THEIR NAMES.).

5  _____

6  _____

7  5.    Do you own or are you buying a home?    Yes ☐  No ☑

8  Estimated Market Value: $_____ Amount of Mortgage: $_____

9  6.    Do you own an automobile?    Yes ☐  No ☑

10  Make _____ Year _____ Model _____

11  Is it financed? Yes ☐  No ☑  If so, Total due: $ _____

12  Monthly Payment: $ _____

13  7.    Do you have a bank account?  Yes ☐  No ☑  (Do not include account numbers.)

14  Name(s) and address(es) of bank: _____

15  _____

16  Present balance(s): $ _____

17  Do you own any cash?  Yes ☐  No ☑  Amount: $ _____

18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19  market value.)  Yes ☐  No ☑

20  _____

21  8.    What are your monthly expenses?

22  Rent: $ __N/A__  Utilities: __N/A__

23  Food: $ __N/A__  Clothing: __N/A__

24  Charge Accounts:

25  Name of Account    Monthly Payment    Total Owed on this Account

26  __N/A__  $ __N/A__  $ __N/A__

27  _____  $ _____  $ _____

28  _____  $ _____  $ _____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____ N / A _____
4  _____

6  10.  Does the complaint which you are seeking to file raise claims that have been presented
7  in other lawsuits?   Yes ☐  No ☑
8  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
9  which they were filed.
10 _____ N / A _____
11 _____

12   I consent to prison officials withdrawing from my trust account and paying to the court
13 the initial partial filing fee and all installment payments required by the court.
14   I declare under the penalty of perjury that the foregoing is true and correct and
15 understand that a false statement herein may result in the dismissal of my claims.

17  _____        *Nguyen Hunley* (signature)
    DATE                       SIGNATURE OF APPLICANT

20                              Case Number: C-08-3171-CW

- 4 -

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **NGUYEN LUC V** (prisoner's name) for the last six months at **CSP-Solano** name of institution **SOLANO** where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **0.00** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **0.00**.

Dated: **8/12/08**

_Teresa Ayers, Acct. Tech._
[Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                    REPORT DATE: 08/12/08
                                                           PAGE NO:           1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CALIFORNIA STATE PRISON SOLANO
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: FEB. 12, 2008 THRU AUG. 12, 2008

ACCOUNT NUMBER : P18480                BED/CELL NUMBER: S208T100000112L
ACCOUNT NAME   : NGUYEN, LUC VAN                ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                           TRUST ACCOUNT ACTIVITY

              << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                           TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL        TOTAL         CURRENT     HOLDS      TRANSACTIONS
BALANCE        DEPOSITS     WITHDRAWALS   BALANCE     BALANCE    TO BE POSTED
---------      --------     -----------   --------    --------   ------------
  0.00           0.00          0.00         0.00        0.00         0.00

                                          CURRENT
                                          AVAILABLE
                                          BALANCE
                                          ---------
                                             0.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] 8/12/08
TRUST OFFICE

H/m Nguyen, L. CDC# P12480
8-112-L
CSP. Solano
P.O. Box 4000
Vacaville CA, 95696

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CALIFORNIA STATE PRISON-SOLANO

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON, D.C.

POSTAGE WILL BE PAID BY UNITED STATES COURTS

To: CLERK, U.S. DISTRICT COURT
1301 CLAY STREET, SUITE 400S
OAKLAND CA 94612-5212

LEGAL MAIL

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

CCI L. Drum

8/13/08