1

2

3  **FILED**

4  AUG 2 1 2008

5  RICHARD W. WIEKING
   CLERK, U.S. DISTRICT COURT
6  NORTHERN DISTRICT OF CALIFORNIA
   OAKLAND

7

8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

9

10  Luc Van Nguyen                          )
                                            )
11                         Plaintiff,       )   CASE NO. C-08-3171-CW (PR)
                                            )
12            vs.                           )   **PRISONER'S**
                                            )   **APPLICATION TO PROCEED**
13  Sisto                                   )   **IN FORMA PAUPERIS**
                                            )
14                         Defendant.       )
                                            )
15  _____

16      I, LUC VAN NGUYEN declare, under penalty of perjury that I am the

17  plaintiff in the above entitled case and that the information I offer throughout this application

18  is true and correct.  I offer this application in support of my request to proceed without being

19  required to prepay the full amount of fees, costs or give security.  I state that because of my

20  poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21  entitled to relief.

22      In support of this application, I provide the following information:

23  1.      Are you presently employed?  Yes ☐  No ☑

24  If your answer is "yes," state both your gross and net salary or wages per month, and give the

25  name and address of your employer:

26  Gross: _____ N/A _____      Net: _____ N/A _____

27  Employer: _____

28  _____

- 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

N / A

_____

_____

2.    Have you received, within the past twelve (12) months, any money from any of the following sources:

a.    Business, Profession or        Yes ☐  No ☑
      self employment

b.    Income from stocks, bonds,     Yes ☐  No ☑
      or royalties?

c.    Rent payments?                 Yes ☐  No ☑

d.    Pensions, annuities, or        Yes ☐  No ☑
      life insurance payments?

e.    Federal or State welfare payments,   Yes ☐  No ☑
      Social Security or other govern-
      ment source?

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

N / A

_____

_____

3.    Are you married?              Yes ☐  No ☑

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ N / A _____    Net $_____ N / A _____

4.    a.    List amount you contribute to your spouse's support:$ _____

- 2 -

AUG 1 1 2008

b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.   Do you own or are you buying a home?     Yes ☐  No ☑

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?     Yes ☐  No ☑

Make _____ Year _____ Model _____

Is it financed? Yes ☐  No ☑  If so, Total due: $ _____

Monthly Payment: $ _____

7.   Do you have a bank account? Yes ☐  No ☑ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash?  Yes ☐  No ☑  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ☐  No ☑

_____

8.   What are your monthly expenses?

Rent: $ _____N / A_____  Utilities: _____N / A_____

Food: $ _____N / A_____  Clothing: _____N / A_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on this Account |
|---|---|---|
| N / A | $ N / A | $ N / A |
| | $ | $ |
| | $ | $ |

- 3 -

AUG 1 1 2008

9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

N / A

_____

_____

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ☐  No ☑

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N / A

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8 - 11 - 08
DATE

*Nguyen Hurley*
SIGNATURE OF APPLICANT

Case Number: C-08-3171-CW

- 4 -

AUG 1 1 2008

**FILED**

AUG 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account

statement showing transactions of _Luc VAN NGUYEN_ for the last six months

prisoners name

at                                                name of institution

_CSP-Solano_                    where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the

most recent 6-month period were $ _0.00_          and the average balance in the prisoner's

account each month for the most recent 6-month period was $

_0.00_

Dated: _8/11/08_          _Teresa Ojeda, Acct. Tech._

[Authorized officer of the institution]

- 5 -

AUG 1 1 2008

REPORT ID: TS3030 .701

REPORT DATE: 08/11/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA STATE PRISON SOLANO
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: FEB. 11, 2008 THRU AUG. 11, 2008

ACCOUNT NUMBER : P18480                    BED/CELL NUMBER: S208T100000112L
ACCOUNT NAME   : NGUYEN, LUC VAN           ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

|  |
|---|
| CURRENT AVAILABLE BALANCE |
| 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS

BY _____
   TRUST OFFICE



1. NGUYEN LUC VAN
P18480 # 8 - 112 L
CSP - SOLANO
P.O. BOX 4000
VACAVILLE. CA. 95696

LEGAL MAIL

California State Prison - Solano

To: OFFICE OF THE CLERK. U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST. SUITE 400S
OAKLAND. CA 94612-5212

RECEIVED
AUG 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND



